USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AUTOMATED MANAGEMENT SYSTEMS, INC.,

                Plaintiff,

-against-

RAPPAPORT HERTZ CHERSON
ROSENTHAL, P.C., et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**
16 CV 4762 (LTS) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

It is hereby ordered that a telephone conference shall be held in the above-captioned action on November 20, 2019, at 10:30 a.m. Counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
November 18, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE