UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/20

------------------------------------------------------------X

AUTOMATED MANAGEMENT SYSTEMS, INC.,   :

             Plaintiff,   :

  -against-   :   ORDER

RAPPAPORT HERTZ CHERSON   :   16-CV-4762 (LTS)(KNF)
ROSENTHAL, P.C., WILLIAM RAPPAPORT,   :
STEVEN M. HERTZ, ELIOT J. CHERSON,   :
MICHAEL C. ROSENTHAL, and   :
BRANKO RAKAMARIC,   :

            Defendants.   :

------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic conference was held on February 4, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. the parties shall revise their proposed protective order and submit same to the Court for its review and approval;

2. all discovery, of whatever nature, be initiated so as to be completed on or before May 4, 2020; and

3. a telephonic status conference will be held with the parties on April 9, 2020, at 5:15 p.m. The parties shall call in to (888) 557-8511 and, thereafter, enter access code 4862532.

Defendant Branko Rakamaric, who is proceeding pro se, failed to participate in the ordered telephone conference. See Docket Entry No. 188. The parties are reminded that failing to comply with a court order may result in sanctions, including the dismissal of an action.

Dated: New York, New York
      February 5, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE