UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
AUTOMATED MANAGEMENT SYSTEMS, INC.,   :                                  :
                                            :
           Plaintiff,             :

                                       :
      -against-               :                **ORDER**
                                    :      16 CV 4762 (LTS) (KNF)
RAPPAPORT HERTZ CHERSON           :
ROSENTHAL, P.C., et al.,              :
                                       :
          Defendants.       :
-----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephone status conference was schedule with the parties for April 9, 2020, at 5:15 p.m.  At

the scheduled time, the Court found no parties had called the designated telephone number to participate

in the conference.  Therefore, the conference did not go forward.  On or before April 16, 2020, the parties

shall advise the Court, in a joint writing, of the status of the action.  The joint writing respecting the status

of the action shall be submitted to the Court via the court's CM/ECF system.

      Dated:  New York, New York               SO ORDERED:
             April 9, 2020

                                              _Kevin Nathaniel Fox_
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE