UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AUTOMATED MANAGEMENT SYSTEMS, INC.,  :

        Plaintiff,  :

  -against-  :  **ORDER**
                                             :  16 CV 4762 (LTS) (KNF)
RAPPAPORT HERTZ CHERSON  :
ROSENTHAL, P.C., et al.,  :

        Defendants.  :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The parties' request that the time for completing pretrial discovery activities be enlarged to July 3, 2020, is granted. A telephone status conference will be held with the parties on July 8, 2020, at 11:00 a.m. The parties shall use call-in number (888) 557-8511 and, thereafter, employ access code 4862532. The parties are reminded that failing to comply with a court order may result in sanctions including the dismissal of an action.

Dated: New York, New York
          May 12, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE