UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AUTOMATED MANAGEMENT SYSTEMS, INC.,

         Plaintiff,

  -against-                                      **ORDER**
                                                  16 CV 4762 (LTS) (KNF)

RAPPAPORT HERTZ CHERSON
ROSENTHAL, P.C., et al.,

         Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephone conference was held with the parties on July 8, 2020.  Consistent with the discussion had during the conference, it is HEREBY ORDERED that:

       1) the defendants shall provide the plaintiff operational versions of their software;

       2) the defendants shall provide access to their server, as soon as practicable;

       3) the defendants shall supplement their response to the plaintiff's request for communications exchanged by the defendants relating, inter-alia, to landlord-tenant law practice management software; and

       4) the time for the parties to complete their pretrial discovery activities is enlarged to September 3, 2020.

Dated:  New York, New York         SO ORDERED:
             July 9, 2020

                                                        *Kevin Nathaniel Fox*
                                                       KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE