UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
AUTOMATED MANAGEMENT
SYSTEMS, INC.,

                        Plaintiff,

      -against-                                    **ORDER**

RAPPAPORT HERTZ CHERSON                  16-CV-4762 (LTS)(KNF)
ROSENTHAL, P.C., WILLIAM
RAPPAPORT, STEVEN M. HERTZ,
ELIOT J. CHERSON, MICHAEL C.
ROSENTHAL, BRANKO
RAKAMARIC, and BEN WACHTER,

                        Defendants.
--------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     By a letter appearing at Docket Entry No. 281, defendants Rappaport Hertz Cherson Rosenthal, P.C., Williams Rappaport, Steven M. Hertz, Eliot J. Cherson, and Michael C. Rosenthal (the "Law Firm Defendants") request that the Court "vacate its Order dated July 14, 2021 [Docket Entry No. 274]" based on "unprecedented admissions" made by Bruce Katz, at that time counsel to the plaintiff, during the July 16, 2021 telephone conference the Court had with the parties. To the extent that the Law Firm Defendants' request is a motion for reconsideration under Local Civil Rule 6.3 of this court, the motion is denied. Local Civil Rule 6.3 requires that the movant set forth "the matters or controlling decisions which counsel believes the Court has overlooked" in reaching the determination the movant seeks to have

reconsidered. The Law Firm Defendants have failed to do this. This order resolves Docket Entry No. 281.

Dated: New York, New York  
      July 28, 2021

SO ORDERED:

_Kevin Nathaniel Fox_  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE