UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AUTOMATED MANAGEMENT SYSTEMS, INC.,

                     Plaintiff,         **ORDER**

    -against-                            16-CV-4762 (LTS) (JW)

RAPPAPORT HERTZ CHERSON &
ROSENTHAL P.C., ET AL.,

                     Defendants.

-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Any response to Dkt. Nos. 348-350 is due June 9, 2022.  The parties shall appear for a hearing on Plaintiff's counsel's request to withdraw as attorney for Plaintiff on June 28, 2022 at 9:30 a.m. in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.  The current deadlines for the filing of plaintiff's replies in support of its summary judgment motion (Dkt. No. 310) and fee application (Dkt. No. 320) are stayed in light of counsel's request to withdraw.

      SO ORDERED.

DATED:    New York, New York
             June 3, 2022

                                          _____
                                          JENNIFER E. WILLIS
                                          United States Magistrate Judge