UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AUTOMATED MANAGEMENT SYSTEMS, INC.,

                        Plaintiff,         **ORDER**

-against-                      16-CV-4762 (LTS) (JW)

RAPPAPORT HERTZ CHERSON &
ROSENTHAL P.C., ET AL.,

                        Defendants.

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      At the parties' July 6, 2022 hearing, Plaintiff should be prepared to address the concerns raised in Defendants' memorandum of law in opposition to Plaintiff's counsel's motion to withdraw (Dkt. No. 355). Plaintiff should also provide documents for the Court to review in camera demonstrating counsel and Plaintiff's irreconcilable differences.

      SO ORDERED.

DATED:    New York, New York
               June 10, 2022

                                            _____
                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge