UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AUTOMATED MANAGEMENT SYSTEMS, INC.,

                      Plaintiff,

              -against-

RAPPAPORT HERTZ CHERSON &
ROSENTHAL P.C., ET AL.,

                    Defendants.
-----------------------------------------------------------------X

**ORDER**

**16-CV-4762 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties' discovery conference on February 8, 2023 is moved to **11:00 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:    New York, New York
               January 27, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge