**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AUTOMATED MANAGEMENT SYSTEMS, INC.,

                          Plaintiff,                  **ORDER**

               -against-                 **16-CV-4762 (LTS) (JW)**

RAPPAPORT HERTZ CHERSON &
ROSENTHAL P.C., ET AL.,

                         Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Plaintiff's motion to reopen discovery is due **February 13, 2023**. Defendants' responses are due **February 27, 2023**. Plaintiff's reply, if any, is due **March 6, 2023**.

      SO ORDERED.

DATED:    New York, New York
               February 8, 2023

                                                            */s/ Jennifer E. Willis*
                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge