**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AUTOMATED MANAGEMENT SYSTEMS,
INC.,

                                        Plaintiff,                          **ORDER**

                    -against-

                                                                            **16-cv-4762 (LTS) (JW)**
RAPPAPORT HERTZ CHERSON &
ROSENTHAL P.C., *et al.*,

                                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. <u>See</u> Dkt. No. 96 and Reassignment on February 3, 2022.  As the parties have expressed a mutual interest in scheduling a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email **by October 15th** at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates to meet in October, November, or December.  Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.  Should the Parties decide they do not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

      Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for All Cases Referred for Settlement.

      Should either Party wish to discuss a possible declaration of bankruptcy, a limited ability to pay an award, or lack of access to cash to fund a settlement, the Parties are strongly encouraged to discuss such issues with opposing counsel prior to the settlement conference and to provide documents in their confidential *ex parte* letters that speak to their financial condition.

SO ORDERED.

DATED:     New York, New York
           October 3, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge