

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

**Kevin J. O'Connor**  
*Shareholder*

Email: KOConnor@pecklaw.com

www.pecklaw.com

70 Grand Avenue  
River Edge, NJ  07661  
tel. 201.343.3434  
fax 201.343.6306

New York, NY  
Los Angeles, CA  
Oakland, CA  
Washington, D.C.  
Miami, FL  
Chicago, IL  
Boston, MA  
River Edge, NJ  
Austin, TX  
Dallas, TX  
Houston, TX  

**International Alliances**

Argentina  
Brazil  
Canada  
Chile  
Colombia  
El Salvador  
England  
France  
Germany  
Guatemala  
India  
Mexico  
Peru  
Uruguay  




**VIA ECF**

November 6, 2023

The Hon. Laura Taylor Swain, U.S.D.J.  
United States Courthouse  
40 Foley Square  
New York, NY 10007

# MEMO ENDORSED

Re:     **Automated Management Systems, Inc. v. Rappaport Hertz Cherson Rosenthal, P.C., et al.**  
         Case No. 16-cv-04762(LTS)(JW)  
         Our File No. 10237/361080

Dear Judge Swain:

Pursuant to the Court's Memorandum Opinion and Order (the "Order") entered on September 19, 2023, *see ECF. No.* 389, Defendants, Rappaport Hertz Cherson Rosenthal, P.C., William Rappaport, Steven M. Hertz, Eliot J. Cherson and Michael C. Rosenthal (the "Law Firm Defendants") submit this joint status update with the consent of the other parties. Pursuant to the October 3, 2023 Text Order, the parties have agreed to proceed with a settlement conference on January 18, 2023, before the Honorable Jennifer E. Willis, which is beyond the date of the final pre-trial conference, January 5, 2024. *See ECF No.* 391. Accordingly, the parties respectfully request that the final pre-trial conference be adjourned for a date that is at least three weeks after the settlement conference, to allow them to conserve their resources and focus on settlement.  If the matter is not settled, the parties expect to proceed to a bench trial.

Respectfully submitted,

**PECKAR & ABRAMSON, P.C.**  
*Attorneys for  Law Firm Defendants*

/s/ Kevin J. O'Connor

KEVIN J. O'CONNOR

KJO

cc: All counsel of record (*via* ECF).

The foregoing request is granted.  The final pretrial conference in this case is rescheduled to March 1, 2024, at 10:30 a.m. in Courtroom 17C.  This resolves docket entry no. 392.  SO ORDERED.

Dated:  11/7/2023  
/s/ Laura Taylor Swain, Chief U.S.D.J.