UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AUTOMATED MANAGEMENT SYSTEMS,
INC.,

                            Plaintiff,

        -against-

RAPPAPORT HERTZ CHERSON &
ROSENTHAL P.C., *et al.*,

                           Defendants.
------------------------------------------------------------------X

**ORDER**

**16-cv-4762 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties attended a settlement conference on January 19, 2023. **By Wednesday, January 31st**, the Parties shall jointly file a letter on the docket informing the Court as to whether they are interested in holding a second settlement conference. If so, by the same date the Parties shall email Courtroom Deputy Christopher Davis at WillisNYSDChambers@nysd.uscourts.gov proposing three dates **in February** on which the Parties are available.

    SO ORDERED.

DATED:   New York, New York
               January 25, 2024

                                                    */s/ Jennifer E. Willis*
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge