UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AUTOMATED MANAGEMENT SYSTEMS, INC.,

                                      Plaintiff,

-against-

RAPPAPORT HERTZ CHERSON &
ROSENTHAL P.C. *et al.*,

                                      Defendants.
-----------------------------------------------------------------X

**ORDER**

**16-cv-4762 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A second settlement conference was previously scheduled for March 5th. Today, the Court issued an order appointing pro bono counsel to Mr. Rakamaric. In order to provide the Office of Pro Se Litigation time to find Mr. Rakamaric an attorney, the March 5th settlement conference is canceled.

By **March 8th**, the Parties shall contact Courtroom Deputy Christopher Davis at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates prior to the pre-trial conference set for May 10th.

SO ORDERED.

Dated:    New York, New York
             February 23, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge