**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AUTOMATED MANAGEMENT SYSTEMS, INC.,

                            Plaintiff,

-against-

RAPPAPORT HERTZ CHERSON & ROSENTHAL P.C. *et al.*,

                            Defendants.
-----------------------------------------------------------------X

**ORDER**

**16-cv-4762 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties jointly requested a one-month adjournment of the settlement conference scheduled for May 8th. That conference is now rescheduled for **June 12th at 11:30 am** in Courtroom 228, 40 Foley Square.

The letter also noted that Plaintiff's President, Mr. Traina, recently passed away. The Court offers its condolences to Mr. Traina's wife, family, and friends.

SO ORDERED.

Dated:    New York, New York
           May 7, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge