**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AUTOMATED MANAGEMENT
SYSTEMS, INC.,

                           Plaintiff,                         **ORDER**

                     -against-                    **16-cv-04762 (LTS) (JW)**

RAPPAPORT HERTZ CHERSON
ROSENTHAL, P.C. et al.,

                         Defendant.
------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

A settlement conference was held in this matter on **June 12, 2024.** No settlement was reached. The Parties are directed to meet and confer, and file a joint letter to the Court by **June 26, 2024** with proposed next steps regarding discovery, substantive motions, or trial.

      SO ORDERED.

DATED:    New York, New York
              June 20, 2024

                                                        _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge