UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

AUTOMATED MANAGEMENT
SYSTEMS, INC.,

        Plaintiff,

    -v-                          No.  1:16-CV-04762-LTS-JW

RAPPAPORT HERTZ CHERSON
ROSENTHAL, P.C., WILLIAM
RAPPAPORT, STEVEN M. HERTZ, ELIOT
J. CHERSON, MICHAEL C. ROSENTHAL,
BRANK RAKAMARIC, and BEN
WACHTER,

        Defendants.

--------------------------------------------------------x

### ORDER

      The Parties have informed the Court that they intend to go to trial in this case.

Therefore, it is ORDERED that the Parties file a joint letter by June 26, 2024, responding to the

status report ordered by Judge Willis (docket entry no. 407) and including information regarding:

(1) the number of motions in limine each Party anticipates filing in connection with trial, (2) the

approximate time frame in which they will be ready to commence such motion practice, and (3)

the estimated length of the trial.

The final pretrial conference currently scheduled for June 28, 2024, is hereby adjourned to Thursday, July 18, 2024 at 3:30 p.m.


SO ORDERED.

Dated: June 24, 2024
      New York, New York


                                        /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       Chief United States District Judge