UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AUTOMATED MANAGEMENT
SYSTEMS, INC.,

      Plaintiff,

  -v-                                      No.  16-CV-04762-LTS-JW

RAPPAPORT HERTZ CHERSON
ROSENTHAL, P.C., WILLIAM
RAPPAPORT, STEVEN M. HERTZ, ELIOT
J. CHERSON, MICHAEL C. ROSENTHAL,
BRANKO RAKAMARIC, and BEN
WACHTER,

      Defendants.

-------------------------------------------------------x

## ORDER

The Court is in receipt of the Defendants' motion for terminating sanctions dismissing Plaintiff's Third Amended Complaint and awarding Movants attorneys' fees and costs or, in the alternative, granting Movants attorneys' fees and costs associated with the prior motions for summary judgment in this matter and granting Movants leave to file a new motion for summary judgment against AMSI. (Docket entry no. 391.) Plaintiff's opposition papers are due by 3:00 p.m. on December 27, 2024. Reply papers will be due by 3:00 p.m. on January 3, 2025. The motion will be taken under advisement unless the Court requests argument.

      SO ORDERED.

Dated: New York, New York
       December 18, 2024

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge