**LAW OFFICE OF WILLIAM COUDERT RAND**
**501 Fifth Ave., 15th Floor**
**New York, New York 10017**
**Phone: (212) 286-1425; Fax: (646) 688-3078**
**Email: wcrand@wcrand.com**

<u>VIA ECF</u>

January 30, 2025

Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom: 17C
New York, New York  10007-1312
Chambers Email: SwainNYSDCorresp@nysd.uscourts.gov
Deputy Phone: (212) 805-0424
Chambers Phone: (212) 805-0417
Chambers Fax: (212) 805-0426

## <u>MEMO ENDORSED</u>

Re:   Automated Management Systems, Inc. v. Rappaport Hertz Cherson Rosenthal, P.C., et al., 16 Civ. 04762 (LTS) (JEW) (S.D.N.Y.)

Dear Judge Swain:

I am the Pro Bono Counsel who recently appeared for the limited purpose of representing Defendant Branco Rakameric regarding his pre-trial settlement negotiations.

Your Honor by order today January 30, 2025 adjourned the pre-trial status conference from Friday January 31, 2025 to Friday February 7, 2025 (Order at Docket 463).

I had informed counsel for Plaintiff prior to his request for an extension that I was not available on Tuesday through Friday Feb. 4-7 because I would be in Mexico City on those dates or Tuesday Feb. 11 because I have a mediation on that day, but he inadvertently left this information out of his letter requesting the extension.

Accordingly, I would request that I be permitted to attend the conference by Telephone or in the alternative request that the conference be adjourned. All parties have consented to this request.

Thank you for your consideration of my request.

Respectfully,

s/William C. Rand

William C. Rand

cc: All Counsel via ECF

The foregoing request for adjournment is granted. The final pretrial conference in this action is adjourned to Friday, February 28, 2025, at 11:00 a.m. in Courtroom 17C. This resolves docket entry no. 464. SO ORDERED.

/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: February 3, 2025