UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AUTOMATED MANAGEMENT
SYSTEMS, INC.,

       Plaintiff,

  -v-                                            No.  16-CV-04762-LTS-JW

RAPPAPORT HERTZ CHERSON
ROSENTHAL, P.C., WILLIAM
RAPPAPORT, STEVEN M. HERTZ, ELIOT
J. CHERSON, MICHAEL C. ROSENTHAL,
BRANKO RAKAMARIC, and BEN
WACHTER,

       Defendants.

-------------------------------------------------------x

## ORDER

At the request of counsel, the status conference scheduled in this case for 11:00 a.m. on February 28, 2025, is adjourned to March 10, 2025, at 2:30 p.m.

      SO ORDERED.

Dated: New York, New York
       February 28, 2025

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge