UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AUTOMATED MANAGEMENT
SYSTEMS, INC.,

       Plaintiff,

  -v-                                                    No.  16-CV-04762-LTS-JW

RAPPAPORT HERTZ CHERSON
ROSENTHAL, P.C., WILLIAM
RAPPAPORT, STEVEN M. HERTZ, ELIOT
J. CHERSON, MICHAEL C. ROSENTHAL,
BRANKO RAKAMARIC, and BEN
WACHTER,

       Defendants.
-------------------------------------------------------x

## ORDER

On January 7, 2025, the Court issued an Order to Show Cause ("OTSC") directing Plaintiff to show cause as to whether and to what extent its trade secrets claims had been mooted by the voluntary provision of its alleged trade secrets to Invideo-AI under terms that did not require that platform to maintain the secrecy of the information.  (Docket entry no. 454.)  On April 18, 2025, Plaintiff submitted the Second Declaration of Uriel ("Iuri") Riemer in response to the OTSC, in which Mr. Riemer declares under penalty of perjury that he created the Invideo-AI videos himself by providing to that service only the information from the Plaintiff's Landlord Tenant Legal System ("LTLS") Software that was depicted in the proposed evidentiary videos submitted to the Court in October 2024.  (Docket entry no. 475 ("Riemer Decl.").)  The Court finds, based on the uncontroverted declaration of Mr. Riemer, that Plaintiffs have sufficiently shown that no information was provided to Invideo-AI that constituted trade secret information of theirs.  The Court therefore finds no basis in the record to deem any portion of

Plaintiff's trade secrets claims waived on the basis of the disclosure of the information depicted in AMSI's video submissions. This resolves docket entry no. 454.

Defendants' motion for attorney's fees remains under consideration. The final pretrial conference currently scheduled for 11:00 a.m. on Friday, May 16, 2025, will proceed as scheduled.

      SO ORDERED.

Dated: New York, New York
      May 15, 2025

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge