UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

AUTOMATED MANAGEMENT
SYSTEMS, INC.,

        Plaintiff,

    -v-                               No.  16-CV-04762-LTS-JW

RAPPAPORT HERTZ CHERSON
ROSENTHAL, P.C., WILLIAM
RAPPAPORT, STEVEN M. HERTZ, ELIOT
J. CHERSON, MICHAEL C. ROSENTHAL,
BRANKO RAKAMARIC, and BEN
WACHTER,

        Defendants.

--------------------------------------------------------x

<u>ORDER</u>

      As noted in the Court's May 16, 2025, Order (docket entry no. 490), the Court has been advised that this action has been settled and, accordingly, all remaining claims in this action were dismissed on May 16, 2025.  Plaintiff and Mr. Branko Rakamaric have requested an extension of the period of time within which an application may be made to restore all claims asserted against Branko Rakamaric.  Accordingly, it is hereby ORDERED that the deadline set in the Court's May 16, 2025, Order for either Plaintiff or Mr. Rakamaric to reopen this action is extended an additional thirty days as of the date of this Order.  If either of those parties wishes the Court to retain jurisdiction in this matter to enforce any settlement agreement, they must move to restore the action and submit the settlement agreement to the Court for approval before this (30)-day period expires.  To extend this thirty (30)-day period, for purposes of restoring the

action or finalizing or submitting the settlement, a party must make a letter application before the period expires.

    The May 23, 2025, deadline for any party to make an application to reopen this action with respect to all claims asserted by or against the Law Firm Defendants (Rappaport Hertz Cherson Rosenthal, P.C., William Rappaport, Steven M. Hertz, Eliot J. Cherson, and Michael C. Rosenthal) remains unchanged.

    SO ORDERED.

Dated: New York, New York
   May 22, 2025

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge